IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:20-CV-00337-JRG |
| | § |
| DAIICHI SANKYO CO., LTD., | § |
| | § |
| *Defendant*. | § |

## ORDER

Before the Court is Plaintiff Seagen Inc.'s ("Seagen") Unopposed Motion for Entry of Unopposed Schedule to Govern Discovery and Briefing Pertaining to Jurisdiction and Venue (the "Motion"). (Dkt. No. 47). Having considered the Motion, the Court **GRANTS** the Motion. It is hereby **ORDERED** that the following schedule of deadlines shall govern the briefing on Defendant Daiichi Sankyo Co., Ltd.'s ("DSCL") Rule 12(b) Motion to Dismiss for Lack of Subject Matter Jurisdiction and Lack of Personal Jurisdiction (the "Motion to Dismiss") (Dkt. No. 22) and Motion to Transfer Under 28 U.S.C. § 1404 to the District of Delaware (the "Motion to Transfer") (Dkt. No. 24):

| DEADLINE | EVENT |
|---|---|
| January 27, 2021 | Serve remaining venue and jurisdiction related discovery requests, including interrogatories and deposition notices |
| February 12, 2021 | Parties to meet-andconfer on discovery requests, including any Daiichi Sankyo Japan objections, which are to be provided in writing |
| February 19, 2021 | File any motion to compel based on unresolved discovery requests; the parties will meet and confer on an expedited briefing schedule for any such motion |

| | |
|---|---|
| Daiichi Sankyo Japan to complete this discovery and certify completion by February 26, 2021 (or as ordered by Court for disputed requests) | Completion of venue and jurisdiction related document production; and interrogatory responses due |
| Witnesses to be produced for deposition by March 16, 2021 (or as ordered by Court) | Deposition(s) on venue and jurisdiction related issues to occur during this time period |
| 14 days after last deposition | File response briefs to Daiichi Sankyo Japan's motion to transfer and motion to dismiss |
| 7 days after response | File reply briefs to Daiichi Sankyo Japan's motion to transfer and motion to dismiss |
| 7 days after reply | File sur-reply briefs to Daiichi Sankyo Japan's motion to transfer and motion to dismiss |

**So ORDERED and SIGNED this 9th day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE