## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| SEAGEN INC., | Civil Action No.  2:20-CV-00337-JRG |
| *Plaintiff,* | |
| v. | |
| DAIICHI SANKYO CO., LTD., | |
| *Defendant,* | |
| ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LTD, | |
| *Intervenor-Defendants.* | |

## JOINT NOTICE REGARDING MEDIATION

Pursuant to the Court's Order at Dkt. 155 issued September 14, 2021, the parties jointly notify the Court that the parties met and conferred on September 27, 2021 regarding mediation. The parties agree that they may benefit from mediation; however, they do not agree as to the timing when mediation could be beneficial.

Seagen is prepared to mediate by the deadline of October 14, 2021 set in the Court's Order, and proposed a mediator.

Defendant and Intervenor-Defendants ("Defendants") respectfully submit that mediation in January 2022 would be most productive, because the parties' respective positions—and the issues in this case—will have further crystalized after fact and expert discovery have concluded. Accordingly, Defendants propose that the parties be afforded the opportunity to confer on the

selection of a mediator and work toward mediation based on a mutually convenient date and location in January.

Dated: September 29, 2021

Respectfully Submitted,

By: *Melissa R. Smith*

Michael A. Jacobs
MJacobs@mofo.com
Matthew A. Chivvis
MChivvis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

Bryan Wilson
BWilson@mofo.com
Pieter S. de Ganon
PdeGanon@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

*Of Counsel:*

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
Charles Everingham IV
Texas State Bar No. 00787447
ce@wsfirm.com

By: *Preston K. Ratliff II*

Deron R. Dacus
Texas State Bar No. 00790553
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543

J. Mark Mann
Texas State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
Texas State Bar No. 240420033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
201 E. Howard Street
Henderson, Texas
Telephone: 903.357.8540
Facsimile: 903.657.6003

*Attorneys for Defendant Daiichi Sankyo Company, Limited*

OF COUNSEL:

Preston K. Ratliff II
Joseph M. O'Malley, Jr.
Ashley N. Mays-Williams
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: 212.318.6000

Jeffrey A. Pade
PAUL HASTINGS LLP

2

Andrea L. Fair
Texas State Bar No. 24078488
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone:  903.757.6400
Facsimile:   903.757.2323

*Attorneys for Plaintiff Seagen Inc.*

2050 M Street NW
Washington, DC  20036
Telephone:  202.551.1700

*Attorneys for Defendant Daiichi Sankyo Company, Limited*

By: *Thomas S. Fletcher*
    Jennifer Park Ainsworth
    Texas State Bar No. 00784720
    WILSON, ROBERTSON & CORNELIUS, P.C.
    909 ESE Loop 323, Suite 400
    Tyler, Texas  75701
    Telephone:  903.509.5000
    Facsimile:  903.509.5092

*Attorneys for Intervenor-Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca UK Ltd.*

OF COUNSEL:

David I. Berl
Thomas S. Fletcher
Jessica L. Pahl
Katheryn Kayali
Kevin Hoagland-Hanson
Andrew Hoffman
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  202.434.5000
Facsimile:  202.434.5029

*Attorneys for Intervenor-Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca UK Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that counsel of record who are deemed to have

consented to electronic services are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on this the 29th day of September, 2021.


*/s/ Melissa R. Smith*
Melissa R. Smith

Jt Ntc re Mediation/sf-4581342 v1                                             09/28/2021 08:02 AM