IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SEAGEN INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:20-CV-00337-JRG |
| | § | |
| DAIICHI SANKYO CO., LTD., | § | |
| | § | |
| *Defendant*, | § | |
| | § | |
| ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LTD | § § | |
| | § | |
| *Intervenor-Defendants*. | § | |

## ORDER APPOINTING MEDIATOR

Before the Court is the parties' Joint Notice Regarding Mediation (the "Notice"). (Dkt. No. 161). In the same, the parties inform the Court that they agree that they may benefit from mediation, but have not agreed on a mediator or when mediation should occur.

The Court hereby appoints the Hon. David Folsom, Jackson Walker, L.L.P., 6002-B Summerfield Drive, Texarkana, Texas 75503, telephone number (903) 255-3251 Email: dfolsom@jw.com, as mediator in the above referenced case. The parties are **ORDERED** to mediate before the Hon. David Folsom on or before **January 15, 2022**. The mediator's directives as to format of the mediation session (in-person, virtual or a combination) shall be binding on the parties and counsel. No one shall disengage from a mediation session without the mediator's prior consent. The mediator's directives as to the level of authority for all corporate representatives shall also be binding on the parties. Mediation shall be governed by the Court-Annexed Mediation Plan, found at: hthttp://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all

parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing.  Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

    **So ORDERED and SIGNED this 12th day of October, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE