IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SEAGEN INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00337-JRG |
| | § | |
| DAIICHI SANKYO CO., LTD., | § | |
| | § | |
| *Defendant*, | § | |
| | § | |
| ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LTD | § | |
| | § | |
| *Intervenor-Defendants*. | § | |

## ORDER

The Court issues this order *sua sponte*. Before the Court are Defendant Daiichi Sankyo Co., Ltd.'s Motion to Compel the Deposition of Clay Siegall, Ph.D. (Dkt. No. 178) and Motion to Compel Seagen Inc.'s Discovery Production (Dkt. No. 179) (collectively, the "Motions"). In light of the upcoming close of fact discovery, the Court finds that expedited briefing on the Motions is appropriate.

Accordingly, it is **ORDERED** that Seagen Inc.'s responses in opposition to the Motions shall be filed on or before **October 29, 2021**. No reply or sur-reply shall be filed without leave of the Court.

**So ORDERED and SIGNED this 25th day of October, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE