# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DAIICHI SANKYO CO., LTD., <br><br> *Defendant*, <br><br> ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LTD, <br><br> *Intervenor-Defendants.* | Civil Action No.  2:20-CV-00337-JRG |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Seagen Inc. ("Seagen") and Defendants Daiichi Sankyo Company, Limited ("Daiichi Sankyo Japan"), AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Ltd. (collectively "the Parties") respectfully submit this Joint Motion to Amend the Docket Control Order.

The Parties have met and conferred, and respectfully request that the Court enter the proposed amended schedule as shown in the table below.

The Parties have agreed to amend the Docket Control Order to extend the deadlines to Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof and to Serve Disclosures for Rebuttal Expert Witnesses, with the understanding that Plaintiff's experts opining as to the validity of the asserted claims and the damages owed will be available for deposition between December 21-23.

The Parties have agreed to keep the November 15, 2012 Deadline to Complete Fact Discovery and File Motions to Compel Discovery, but have provided an exception for limited fact depositions, including the deposition of Peter Senter and Todd Simpson on November 17-18, 2021, and December 3, 2021, respectively.

The Parties believe there to be good cause to amend the Docket Control Order to extend the deadlines as reflected below in light of the holiday season.

| DATE | NEW DATE | EVENT |
|---|---|---|
| April 4, 2022 | | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| March 7, 2022 | | * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date.[1] |
| February 28, 202 | | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| February 22, 2022 | | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| February 22, 2022 | | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |

---

[1] The Parties are referred to the Court's Standing Order Regarding Use of Juror Questionnaires in Advance of *Voir Dire*.

| DATE | NEW DATE | EVENT |
|---|---|---|
| February 14, 2022 | | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov. |
| February 7, 2022 | February 14, 2022 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| February 7, 2022 | February 14, 2022 | Serve Objections to Rebuttal Pretrial Disclosures |
| January 31, 2022 | February 7, 2022 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| January 18, 2022 | January 25, 2022 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| January 10, 2022 | January 20, 2022 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[2] Motions for Summary Judgment shall comply with Local Rule CV-56. |

---

[2] The Parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion."

| DATE | NEW DATE | EVENT |
|---|---|---|
| December 27, 2021 | January 6, 2022 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| December 27, 2021 | January 6, 2022 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to extend page limits will only be granted in exceptional circumstances.  Exceptional circumstances require more than agreement among the parties.</u> |
| December 20, 2021 | December 23, 2021 | Deadline to Complete Expert Discovery |
| December 6, 2021 | December 13, 2021 | Serve Disclosures for Rebuttal Expert Witnesses |
| November 15, 2021 | | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| November 15, 2021 | November 22, 2021 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |

Dated:  November 8, 2021

Respectfully Submitted,

By: *Melissa R. Smith*
    Michael A. Jacobs
    MJacobs@mofo.com
    Matthew A. Chivvis
    MChivvis@mofo.com

By: *Preston K. Ratliff II*
    Deron R. Dacus
    Texas State Bar No. 00790553
    ddacus@dacusfirm.com
    THE DACUS FIRM, P.C.

---

If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

Bryan Wilson
BWilson@mofo.com
Pieter S. de Ganon
PdeGanon@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

*Of Counsel:*

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
Charles Everingham IV
Texas State Bar No. 00787447
ce@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903.757.6400
Facsimile: 903.757.2323

*Attorneys for Plaintiff Seagen Inc.*

821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543

J. Mark Mann
Texas State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
Texas State Bar No. 240420033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
201 E. Howard Street
Henderson, Texas
Telephone: 903.357.8540
Facsimile: 903.657.6003

*Attorneys for Defendant Daiichi Sankyo Company, Limited*

OF COUNSEL:

Preston K. Ratliff II
Joseph M. O'Malley, Jr.
Ashley N. Mays-Williams
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: 212.318.6000

Jeffrey A. Pade
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: 202.551.1700

*Attorneys for Defendant Daiichi Sankyo Company, Limited*

By: *David I. Berl*
Jennifer Park Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903.509.5000

Facsimile:  903.509.5092

*Attorneys for Intervenor-Defendants
AstraZeneca Pharmaceuticals LP and
AstraZeneca UK Ltd.*

OF COUNSEL:

David I. Berl
Thomas S. Fletcher
Jessica L. Pahl
Kathryn Kayali
Kevin Hoagland-Hanson
Andrew Hoffman
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  202.434.5000
Facsimile:  202.434.5029

*Attorneys for Intervenor-Defendants
AstraZeneca Pharmaceuticals LP and
AstraZeneca UK Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of November 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirement in Local Rule CV -7(h) regarding this Motion on October 21, 2021. The Parties are in agreement and are seeking joint relief.

/s/ Melissa R. Smith