IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>DAIICHI SANKYO CO., LTD.,<br><br>*Defendant*,<br><br>ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LTD,<br><br>*Intervenor-Defendants.* | Civil Action No.  2:20-CV-00337-JRG |

## JOINT MOTION TO AMEND PROTECTIVE ORDER

Plaintiff Seagen Inc. ("Seagen") and Defendants Daiichi Sankyo Company, Limited ("Daiichi Sankyo Japan"), AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Ltd. (collectively "the Parties") respectfully submit this Joint Motion to Amend the Protective Order.

The Parties have met and conferred, and respectfully request that the Court modify Paragraph 6(c) as shown below.

> (c)    in-house counsel for the Parties who either have responsibility for making decisions dealing directly with the litigation of this Action, or who are assisting outside counsel in the litigation of this Action**, as well as Arthur Mann, Nobu Kodama, Patricia Barbieri, and Seth Flaum of Daiichi Sankyo, Inc., each of whom have responsibility for making decisions dealing directly with the litigation of this Action and assisting outside counsel in the litigation of this Action and have signed the Undertaking set forth in Appendix A**;

The attached Proposed First Amended Protective Order includes this language.

Dated: December 16, 2021

Respectfully Submitted,

By: */s/ Matthew A. Chivvis*
    Matthew A. Chivvis
    MChivvis@mofo.com
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, California 94105
    Telephone: 415.268.7000
    Facsimile: 415.268.7522

    Bryan Wilson
    BWilson@mofo.com
    Pieter S. de Ganon
    PdeGanon@mofo.com
    MORRISON & FOERSTER LLP
    755 Page Mill Road
    Palo Alto, California 94304-1018
    Telephone: 650.813.5600
    Facsimile: 650.494.0792

    Melissa R. Smith
    Texas State Bar No. 24001351
    melissa@gillamsmithlaw.com
    GILLAM & SMITH, LLP
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: 903.934.8450
    Facsimile: 903.934.9257

    *Of Counsel:*

    T. John Ward, Jr.
    Texas State Bar No. 00794818
    jw@wsfirm.com
    Charles Everingham IV
    Texas State Bar No. 00787447
    ce@wsfirm.com
    Andrea L. Fair
    Texas State Bar No. 24078488
    andrea@wsfirm.com
    WARD, SMITH & HILL, PLLC
    1507 Bill Owens Parkway
    Longview, Texas 75604
    Telephone: 903.757.6400
    Facsimile: 903.757.2323

By: */s/ Preston K. Ratliff II*
    Deron R. Dacus
    Texas State Bar No. 00790553
    ddacus@dacusfirm.com
    THE DACUS FIRM, P.C.
    821 ESE Loop 323, Suite 430
    Tyler, Texas 75701
    Telephone: 903.705.1117
    Facsimile: 903.581.2543

    J. Mark Mann
    Texas State Bar No. 12926150
    mark@themannfirm.com
    G. Blake Thompson
    Texas State Bar No. 240420033
    blake@themannfirm.com
    MANN | TINDEL | THOMPSON
    201 E. Howard Street
    Henderson, Texas
    Telephone: 903.357.8540
    Facsimile: 903.657.6003

    *Attorneys for Defendant Daiichi Sankyo Company, Limited*

    OF COUNSEL:

    Preston K. Ratliff II
    Joseph M. O'Malley, Jr.
    Ashley N. Mays-Williams
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    Telephone: 212.318.6000

    Jeffrey A. Pade
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, DC 20036
    Telephone: 202.551.1700

    *Attorneys for Defendant Daiichi Sankyo Company, Limited*

- 3 -

| | |
|---|---|
| *Attorneys for Plaintiff Seagen Inc.* | By: */s/ Jessica Pahl*<br>Jessica Pahl<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.,<br>Washington, DC 20005<br>Telephone: 202.434.5108<br><br>*Attorneys for Intervenor-Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca UK Ltd.*<br><br>OF COUNSEL:<br><br>David I. Berl<br>Thomas S. Fletcher<br>Jessica L. Pahl<br>Kathryn Kayali<br>Kevin Hoagland-Hanson<br>Andrew Hoffman<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: 202.434.5000<br>Facsimile: 202.434.5029<br><br>*Attorneys for Intervenor-Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca UK Ltd.* |

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 16th day of December 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Preston K. Ratliff II*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirement via email in Local Rule CV-7(h) regarding this Motion on December 16, 2021. The Parties are in agreement and are seeking joint relief.

*/s/ Preston K. Ratliff II*
