IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Case No. 2:20-CV-00337-JRG |
| DAIICHI SANKYO CO., LTD., § | |
| § | JURY TRIAL DEMANDED |
| Defendant § | |
| § | |
| ASTRAZENECA PHARMACEUTICALS § | |
| LP, AND ASTRAZENECA UK LTD., § | |
| § | |
| Intervenor-Defendants. § | |

**UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S
UNOPPOSED MOTION TO REDACT CONFIDENTIAL INFORMATION
FROM THE MOTION HEARING TRANSCRIPT (DKT. 236)**

Defendant Daiichi Sankyo Co., Ltd., hereby respectfully moves the Court to Withdraw its Unopposed Motion to Redact Confidential Information from the Motion Hearing Transcript (Dkt. 236) filed on December 7, 2021.

Dated: December 28, 2021               Respectfully submitted,

By: _/s/ G. Blake Thompson_
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**J. Mark Mann**
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard Street
Henderson, Texas 75654
(903) 657-8540
(903) 657-6003 (fax)

**Deron R. Dacus**
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
(903) 705-1117
(903) 581-2543 facsimile
ddacus@dacusfirm.com

OF COUNSEL:

**Preston K. Ratliff II**
**Joseph M. O'Malley, Jr.**
**Ashley N. Mays-Williams**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

**Jeffrey A. Pade**
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 28th day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ G. Blake Thompson
　　　　　　　　　　　　　　　　　　　　　　　　　　**G. Blake Thompson**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Defendant's counsel conferred with Plaintiff's counsel on December 20, 2021, and the foregoing motion is unopposed.

_/s/ G. Blake Thompson_
**G. Blake Thompson**
