IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SEAGEN INC. | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO.  2:20-cv-00337-JRG |
| | § | |
| DAIICHI SANKYO CO., LTD. | § | |
|     *Defendants.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated (via Zoom video conference) by David Folsom on 14th day, January, 2022, between Plaintiff, Seagen Inc., and Defendants, Daiichi Sankyo Co., Ltd. AstraZeneca Pharmaceuticals LP and AstraZeneca UK Limited.  The mediation session has been suspended.  The undersigned mediator will continue to work with the parties in an effort to settle.  Signed this 14th day of January 2022.

                                            */s/  David Folsom*
                                            David Folsom
                                            TXBN: 07210800
                                            JACKSON WALKER, LLP
                                            6002-B Summerfield Drive
                                            Texarkana, Texas  75503
                                            Telephone: (903) 255-3250
                                            Facsimile:  (903) 255-3265
                                            E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 14th day of January 2022.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                            */s/  David Folsom*
                                            David Folsom