IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO.  2:20-CV-00337-JRG |
| § | |
| DAIICHI SANKYO CO., LTD., § | |
| § | |
| *Defendant*, § | |
| § | |
| ASTRAZENECA PHARMACEUTICALS § | |
| LP, and ASTRAZENECA UK LTD § | |
| § | |
| *Intervenor-Defendants*. § | |

# ORDER

Before the Court is Defendant Daiichi Sankyo Co. Ltd.'s ("DSC") Unopposed Motion to Withdraw its Motion for Summary Judgment of No Provisional Rights or Pre-Issuance Damages (the "Motion"). (Dkt. No. 264). In the same, DSC states that Plaintiff Seagen Inc. ("Seagen") stipulated that it will not seek provisional rights or pre-issuance damages in this action, and therefore DSC's Motion for Summary Judgment is moot. (*Id.*). Having considered the Motion, and noting its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that DSC's Motion for Summary Judgment of No Provisional Rights or Pre-Issuance Damages (Dkt. No. 254) is **WITHDRAWN**.

**So ORDERED and SIGNED this 25th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE