# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DAIICHI SANKYO CO., LTD., <br><br> *Defendant*, <br><br> ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LTD, <br><br> *Intervenor-Defendants.* | Civil Action No.  2:20-CV-00337-JRG |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF PIETER DE GANON AS COUNSEL FOR PLAINTIFF SEAGEN INC.

Plaintiff Seagen Inc. ("Seagen") hereby requests an order granting the withdrawal of Pieter de Ganon as counsel for Seagen.  Mr. de Ganon is no longer with the law firm of Morrison & Foerster LLP.  All other attorneys from Morrison & Foerster who have appeared for Seagen will continue to represent Seagen.  Counsel for Seagen respectfully request to remove Pieter de Ganon from the service list for this action.

sf-4646841

| | |
|---|---|
| Dated: January 26, 2022 | By: /s/ *Michael A. Jacobs* <br> Michael A. Jacobs <br> MJacobs@mofo.com <br> Matthew A. Chivvis <br> MChivvis@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, CA 94105 <br> Telephone: 415.268.7000 <br> Facsimile:  415.268.7522 <br><br> Bryan Wilson <br> BWilson@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California  94304-1018 <br> Telephone: 650.813.5600 <br> Facsimile:  650.494.0792 <br><br> Melissa R. Smith <br> Texas State Bar No. 24001351 <br> melissa@gillamsmithlaw.com <br> GILLAM & SMITH, LLP <br> 303 South Washington Avenue <br> Marshall, Texas 75670 <br> Telephone:  903.934.8450 <br> Facsimile:  903.934.9257 <br><br> *Of Counsel:* <br><br> T. John Ward, Jr. <br> Texas State Bar No. 00794818 <br> jw@wsfirm.com <br> Charles Everingham IV <br> Texas State Bar No. 00787447 <br> ce@wsfirm.com <br> Andrea L. Fair <br> Texas State Bar No. 24078488 <br> andrea@wsfirm.com <br> WARD, SMITH & HILL, PLLC <br> 1507 Bill Owens Parkway <br> Longview, Texas 75604 <br> Telephone:  903.757.6400 <br> Facsimile:  903.757.2323 <br><br> *Attorneys for Plaintiff Seagen Inc.* |

sf-4646841

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 26th day of January, 2022.

/s/ Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this motion on January 4, 2022. This motion is unopposed.

/s/ Melissa R. Smith

sf-4646841