# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DAIICHI SANKYO CO., LTD., <br><br> *Defendant*, <br><br> ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LTD, <br><br> *Intervenor-Defendants.* | Civil Action No. 2:20-CV-00337-JRG |

### SEAGEN'S NOTICE OF NON-OPPOSITION TO AND MOOTNESS OF DAIICHI SANKYO'S MOTION FOR LEAVE TO USE CERTAIN DISCOVERY MATERIALS IN A PENDING ARBITRATION

In the parties' meet and confer on February 1, 2022, Seagen explained to DSC that it likely would not oppose any motion by DSC seeking leave to use discovery materials from this case in the parties' pending arbitration. (Dkt. 283 at 3, Ex. 4.) Nonetheless, without first confirming non-opposition with Seagen, DSC filed its motion for leave as opposed. (Dkt. 285.) Upon review yesterday, February 3, Seagen confirmed to DSC that it does not oppose the relief requested by DSC in its motion. To facilitate DSC's cross use, Seagen also produced in the arbitration the materials requested by DSC on pages 3 and 4 of its motion and confirmed to DSC that it may use the materials in a motion to the arbitrator to reopen the hearing as to those documents. Because Seagen has explicitly made available these documents for use in the arbitration, DSC's motion for leave is moot.

sf-4701349

Dated: February 4, 2022                By: */s/ Michael A. Jacobs*
                                                     Michael A. Jacobs
                                                     MJacobs@mofo.com
                                                     Matthew A. Chivvis
                                                     MChivvis@mofo.com
                                                     MORRISON & FOERSTER LLP
                                                     425 Market Street
                                                     San Francisco, CA 94105
                                                     Telephone: 415.268.7000
                                                     Facsimile:  415.268.7522

                                                     Bryan Wilson
                                                     BWilson@mofo.com
                                                     MORRISON & FOERSTER LLP
                                                     755 Page Mill Road
                                                     Palo Alto, California  94304-1018
                                                     Telephone: 650.813.5600
                                                     Facsimile:  650.494.079

                                                     Melissa R. Smith
                                                     Texas State Bar No. 24001351
                                                     melissa@gillamsmithlaw.com
                                                     GILLAM & SMITH, LLP
                                                     303 South Washington Avenue
                                                     Marshall, Texas 75670
                                                     Telephone:  903.934.8450
                                                     Facsimile:   903.934.9257

                                                     *Of Counsel:*

                                                     T. John Ward, Jr.
                                                     Texas State Bar No. 00794818
                                                     jw@wsfirm.com
                                                     Charles Everingham IV
                                                     Texas State Bar No. 00787447
                                                     ce@wsfirm.com
                                                     Andrea L. Fair
                                                     Texas State Bar No. 24078488
                                                     andrea@wsfirm.com
                                                     WARD, SMITH & HILL, PLLC
                                                     1507 Bill Owens Parkway
                                                     Longview, Texas 75604
                                                     Telephone:  903.757.6400
                                                     Facsimile:   903.757.2323

                                        *Attorneys for Plaintiff Seagen Inc.*

sf-4701349

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 4, 2022.

/s/ Melissa R. Smith

sf-4701349