IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| SEAGEN INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) CASE NO. 2:20-cv-00337-JRG |
| v. | ) |
|  | ) |
| DAIICHI SANKYO CO., LTD., | ) JURY TRIAL DEMANDED |
|  | ) |
| Defendant, | ) |
|  | ) |
| ASTRAZENECA PHARMACEUTICALS LP, | ) |
| AND ASTRAZENECA UK LTD., | ) |
|  | ) |
| Intervenor-Defendants. | ) |

**JOINT AGREED MOTIONS *IN LIMINE***

Plaintiff Seagen Inc. ("Seagen") and Defendants Daiichi Sankyo Company, Limited, AstraZeneca Pharmaceuticals LP and AstraZeneca UK Ltd. (collectively, "Defendants") jointly move the Court to enter the following motions *in limine*:

1. Preclude questioning, testimony, evidence, arguments or efforts to malign based on religious or political beliefs, race, ethnicity, gender, national origin, geographic location, sexual orientation, or health (including COVID-19 vaccination status) of a party, witness, attorney, or law firm, or commenting on related topics including political issues/leanings and the COVID-19 pandemic, or any party being a vaccine manufacturer.

2. Preclude questioning, testimony, evidence, or arguments referring to net worth of any witness or the size, total revenue, total profits, or market cap of the Parties.

3. Preclude questioning, testimony, evidence, or arguments regarding PTAB proceedings involving the '039 patent.

4. Preclude questioning, testimony, evidence, or arguments referring to Seagen as being "greedy" or any other pejorative synonyms.

5. Preclude questioning, testimony, evidence, or arguments suggesting that there is anything legally improper in filing a patent application or writing patent claims to cover a competitor's product.

1

6. Preclude questioning, testimony, evidence, or arguments solely regarding prosecution laches or any other equitable issues from the jury trial.

7. Preclude questioning, testimony, evidence, or arguments suggesting or stating that any result of this case would or could have an effect on Enhertu®, such as removing Enhertu® from the market, making Enhertu® unavailable to patients, taking Enhertu away from patients currently taking Enhertu®, increasing the cost of Enhertu, or decreasing access to Enhertu.

8. No arguments, evidence, or reference to the relevant legal standards as applied under other civil or criminal cases except to the extent described in the jury instructions.

9. Preclude any attorney argument, evidence, testimony, insinuation, reference, or assertions regarding a witness' choice to testify in his or her native or chosen language.

10. No arguments or reference suggesting that Enhertu® infringes any Seagen non-asserted patents or patent applications.

Dated: February 14, 2022

Respectfully Submitted,

By: */s/ Michael A. Jacobs*
    Michael A. Jacobs
    MJacobs@mofo.com
    Matthew A. Chivvis
    MChivvis@mofo.com
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, California 94105
    Telephone: 415.268.7000
    Facsimile:  415.268.7522

    Bryan Wilson
    BWilson@mofo.com
    Pieter S. de Ganon
    PdeGanon@mofo.com
    MORRISON & FOERSTER LLP
    755 Page Mill Road
    Palo Alto, California 94304-1018
    Telephone: 650.813.5600
    Facsimile:  650.494.0792

    Melissa R. Smith
    Texas State Bar No. 24001351
    melissa@gillamsmithlaw.com
    GILLAM & SMITH, LLP
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone:  903.934.8450
    Facsimile:   903.934.9257

    *Of Counsel:*

    T. John Ward, Jr.
    Texas State Bar No. 00794818
    jw@wsfirm.com
    Charles Everingham IV
    Texas State Bar No. 00787447
    ce@wsfirm.com
    Andrea L. Fair
    Texas State Bar No. 24078488
    andrea@wsfirm.com
    WARD, SMITH & HILL, PLLC
    1507 Bill Owens Parkway

By: */s/ Deron R. Dacus*
    Deron R. Dacus
    Texas State Bar No. 00790553
    ddacus@dacusfirm.com
    THE DACUS FIRM, P.C.
    821 ESE Loop 323, Suite 430
    Tyler, Texas  75701
    Telephone:  903.705.1117
    Facsimile: 903.581.2543

    J. Mark Mann
    Texas State Bar No. 12926150
    mark@themannfirm.com
    G. Blake Thompson
    Texas State Bar No. 240420033
    blake@themannfirm.com
    MANN | TINDEL | THOMPSON
    201 E. Howard Street
    Henderson, Texas
    Telephone:  903.357.8540
    Facsimile:  903.657.6003

    *Attorneys for Defendant Daiichi Sankyo Company, Limited*

    OF COUNSEL:

    Preston K. Ratliff II
    Ashley N. Mays-Williams
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    Telephone:  212.318.6000

    Jeffrey A. Pade
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, DC  20036
    Telephone:  202.551.1700

    *Attorneys for Defendant Daiichi Sankyo Company, Limited*

Longview, Texas 75604
Telephone:  903.757.6400
Facsimile:   903.757.2323

*Attorneys for Plaintiff Seagen Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of February 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Cynthia Fix

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this Motion on February 11, 2022. The Parties are in agreement and are seeking joint relief.

/s/ Matthew Chivvis

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:20-cv-00337-JRG |
| v. | ) |
| | ) |
| DAIICHI SANKYO CO., LTD., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant, | ) |
| | ) |
| ASTRAZENECA PHARMACEUTICALS LP, | ) |
| AND ASTRAZENECA UK LTD., | ) |
| | ) |
| Intervenor-Defendants. | ) |

**ORDER**

The Court, having considered Plaintiff Seagen Inc. and Defendants Daiichi Sankyo Company, Limited, AstraZeneca Pharmaceuticals LP and AstraZeneca UK Ltd.'s Joint Agreed Motions *In Limine*, and all other things properly before it, finds that the joint motion should be GRANTED.