IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:20-cv-00337-JRG |
| v. | ) |
| | ) |
| DAIICHI SANKYO CO., LTD., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant, | ) |
| | ) |
| ASTRAZENECA PHARMACEUTICALS LP, | ) |
| AND ASTRAZENECA UK LTD., | ) |
| | ) |
| Intervenor-Defendants. | ) |

**JOINT AGREED MOTIONS *IN LIMINE***

Plaintiff Seagen Inc. ("Seagen") and Defendants Daiichi Sankyo Company, Limited, AstraZeneca Pharmaceuticals LP and AstraZeneca UK Ltd. (collectively, "Defendants") jointly move the Court to enter the following additional motions *in limine* that the parties agreed to after further meet and confer:

1. Preclude evidence and argument bolstering or disparaging the U.S. Patent Office, its examiners, or the process for prosecuting patent applications or granting patents in the United States. This does not preclude evidence and argument consistent with the Federal Judiciary Center patent video played to the jury or regarding the facts in the prosecution history of the '039 patent or patent family. (Seagen's Motion *in Limine* No. 5 (Dkt. 314 at 6-7); Defendants' Motion *in Limine* No. 16 (Dkt. 319 at 15))

2. Preclude argument or reference to any pre-trial disputes or rulings over discovery, alleged failure or refusal to provide requested discovery, or any witness or party's discovery conduct without prior approval from the Court. (Defendants' Motion *in Limine* No. 11 (Dkt. 319 at 13))

3. Preclude argument or reference to pre-trial disputes over venue, including any motion to transfer or dismiss venue in the Eastern District of Texas on the part of Defendants and any judicial ruling regarding venue. This does not preclude testimony, evidence, or argument as to the underlying facts regarding venue or personal jurisdiction. (Defendants' Motion *in Limine* No. 15 (Dkt. 319 at 15))

1

This joint motion, when granted, will resolve Seagen's Motion *in Limine* 5, and Defendants' Motions *in Limine* 11, 15, and 16.

Dated: February 21, 2022

Respectfully Submitted,

| | |
|---|---|
| By: /s/ *Matthew A. Chivvis*<br>Michael A. Jacobs<br>MJacobs@mofo.com<br>Matthew A. Chivvis<br>MChivvis@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Telephone: 415.268.7000<br>Facsimile:  415.268.7522<br><br>Bryan Wilson<br>BWilson@mofo.com<br>Pieter S. de Ganon<br>PdeGanon@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650.813.5600<br>Facsimile:  650.494.0792<br><br>Melissa R. Smith<br>Texas State Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone:  903.934.8450<br>Facsimile:   903.934.9257<br><br>*Of Counsel:*<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>jw@wsfirm.com<br>Charles Everingham IV<br>Texas State Bar No. 00787447<br>ce@wsfirm.com<br>Andrea L. Fair<br>Texas State Bar No. 24078488<br>andrea@wsfirm.com<br>WARD, SMITH & HILL, PLLC<br>1507 Bill Owens Parkway | By: /s/ *Deron R. Dacus*<br>Deron R. Dacus<br>Texas State Bar No. 00790553<br>ddacus@dacusfirm.com<br>THE DACUS FIRM, P.C.<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas  75701<br>Telephone:  903.705.1117<br>Facsimile: 903.581.2543<br><br>J. Mark Mann<br>Texas State Bar No. 12926150<br>mark@themannfirm.com<br>G. Blake Thompson<br>Texas State Bar No. 240420033<br>blake@themannfirm.com<br>MANN \| TINDEL \| THOMPSON<br>201 E. Howard Street<br>Henderson, Texas<br>Telephone:  903.357.8540<br>Facsimile:  903.657.6003<br><br>*Attorneys for Defendant Daiichi Sankyo Company, Limited*<br><br>OF COUNSEL:<br><br>Preston K. Ratliff II<br>Ashley N. Mays-Williams<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:  212.318.6000<br><br>Jeffrey A. Pade<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, DC  20036<br>Telephone:  202.551.1700<br><br>*Attorneys for Defendant Daiichi Sankyo Company, Limited* |

Longview, Texas 75604
Telephone:  903.757.6400
Facsimile:   903.757.2323

*Attorneys for Plaintiff Seagen Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 21st day of February 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this Motion on February 21, 2022. The Parties are in agreement and are seeking joint relief.

/s/ Melissa R. Smith