IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN, INC., <br><br> *Plaintiff* <br><br> v. <br><br> DAIICHI SANKYO CO., LTD., <br><br> *Defendant,* <br><br> ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LTD, <br><br> *Intervenor-Defendants.* | § § § § § § § § § § § § § § § §   Case No.  2:20-cv-00337-JRG |

MINUTES FOR PRETRIAL CONFERENCE – DAY 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
February 25, 2022

**OPEN:  09:02 AM**                                                     **ADJOURN:  01:28 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| ATTORNEYS FOR INTERVENORS: | See attached |
| LAW CLERK: | Jim Lomeo |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 09:02 AM | Court opened. |
| 09:03 AM | Court proceeded with Day 2 of pretrial covering disputes re: exhibits for pre-admission. |
| 09:04 AM | Subject to Court's prior rulings from yesterday's pretrial, Group 1 and Group 2 are pre-admitted. |
| 09:06 AM | Court began hearing the following arguments re: objections to exhibits. |
| 09:06 AM | Plaintiff's Objections to Defendants' Exhibits: |
| 09:06 AM | Group 3: Argument presented. |

| TIME | MINUTES |
|---|---|
| 09:22 AM | Court: Excluded DX-1179.  Pre-admitted DX-1181. |
| 09:23 AM | Group 4:  Agreement reached. |
| 09:25 AM | Group 5:  Withdrawn. |
| 09:26 AM | Group 6: Argument presented. |
| 09:41 AM | Court: Excluded. |
| 09:41 AM | Group 7: Agreement reached.  Argument presented re: remaining exhibits. |
| 09:51 AM | Court: Overruled Plaintiff's objections to remaining exhibits. |
| 09:52 AM | Group 8: Withdrawn |
| 09:53 AM | Defendants' Objections to Plaintiff's Exhibits: |
| 09:53 AM | Group 9: Withdrawn with exception of PX-1087 and PX-1088.  Argument presented. |
| 10:05 AM | Court: Ruling CARRIED.  Directed each side to provide Court a two-page review re: argument. |
| 10:05 AM | Group 10: Argument presented. |
| 10:27 AM | Court: Pre-admitted subject to previous MIL rulings. |
| 10:35 AM | Group 12 and Group 13: Pre-admitted subject to previous MIL rulings. |
| 10:34 AM | Group 11: Argument presented. |
| 10:48 AM | Recess. |
| 11:13 AM | Court reconvened. |
| 11:14 AM | Group 11:  Various exhibits withdrawn.  Argument presented re: remaining exhibits. |
| 11:24 AM | Court: Pre-admitted PX-263 with redaction and limitation instructions.  Sustained Defendants' objection re: PX-262, PX-596, PX-727, PX-859 and PX-902, but not precluded from using as a demonstrative. |
| 11:26 AM | Group 14 and Group 15:  Argument presented. |
| 11:29 AM | Court:  Pre-admitted with limitation, restriction and redaction instructions. |
| 11:30 AM | Group 15:  Remaining exhibits withdrawn. |
| 11:31 AM | Group 16:  Agreement reached. |
| 11:33 AM | Court CARRIED pending clarification of agreement re: Group 16. |
| 11:34 AM | Group 17:  Objection withdrawn.  Pre-admitted. |
| 11:34 AM | Group 18: Argument presented. |
| 11:37 AM | Court: Sustained Defendant's objection re: PX-0092.  Balance of Group 18:  Ruling CARRIED. |
| 11:46 AM | Group 19, Group 20 and Group 21:  Withdrawn objection. |
| 11:46 AM | Court:  Pre-admitted. |
| 11:46 AM | Group 22: Agreement reached. |
| 11:49 AM | Group 23 and Group 24:  Objection withdrawn. |
| 11;51 AM | Court:  Pre-admitted. |
| 11:51 AM | Group 25: Agreement reached.  Exhibits withdrawn. |
| 11:51 AM | Court: Appropriate to use as a demonstrative. |
| 11:53 AM | Recessed for lunch. |
| 01:05 PM | Court reconvened. |
| 01:06 PM | Previously CARRIED: Group 16:  Agreement reached. |
| 01:10 PM | Previously CARRIED: Group 18: Agreement reached. |
| 01:17 PM | Group No. 26: Agreement reached. |
| 01:17 PM | Group No. 27: Agreement reached. |

| TIME | MINUTES |
|---|---|
| 01:19 PM | Group 28: Agreement reached. |
| 01:19 PM | Group 29: Agreement reached. |
| 01:27 PM | Arguments concluded. |
| 01:28 PM | Pretrial process completed. |
| 01:28 PM | Court adjourned. |