# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SEAGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAIICHI SANKYO CO., LTD., | ) | CASE NO. 2:20-cv-00337-JRG |
| | ) | |
| Defendant, and | ) | |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS | ) | |
| LP and ASTRAZENECA UK LTD., | ) | |
| | ) | |
| Intervenor-Defendants. | ) | |

## JOINT NOTICE TO THE COURT REGARDING
## PROPOSED ORDER IN WHICH TO ADDRESS PRE-TRIAL MOTIONS, MOTIONS *IN LIMINE*, AND EXHIBIT OBJECTIONS

Plaintiff Seagen Inc. and Defendants Daiichi Sankyo Company, Limited, AstraZeneca Pharmaceuticals LP and AstraZeneca UK Ltd. (collectively, the "Parties") submit this joint notice regarding the parties' proposed order in which to address exhibit objections.

| Group # | Group Name | MIL #s OR Exhibits OR Motion | Plaintiff's Arguing Attorney | Defendants' Arguing Attorney |
|---|---|---|---|---|
| | | **Seagen's Objections to Defendants' Exhibits** | | |
| 1 | Post-filing evidence for § 112 issues (Seagen's MIL No. 1 – Seagen understands its objection to these documents has been overruled and will make its | DX-0054,DX-0055,DX-0056,DX-0063,DX-0068,DX-0069,DX-0072,DX-0073,DX-0074,DX-0075,DX-0076,DX-0077,DX-0080,DX-0081,DX-0082,DX-0083,DX-0084,DX-0085,DX-0089,DX-0090,DX-0091,DX-0092,DX-0093,DX-0094,DX-0095,DX-0097,DX-0098,DX-0099,DX-0100,DX-0101,DX-0102,DX-0103,DX-0104,DX-0128,DX-0129,DX-0132,DX- | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |

sf-4735911

| | | | | |
|---|---|---|---|---|
| | record tomorrow) | 0135,DX-0136,DX-0140,DX-0143,DX-0145,DX-0146,DX-0147,DX-0151,DX-0153,DX-0154,DX-0155,DX-0156,DX-0160,DX-0161,DX-0166,DX-0168,DX-0171,DX-0173,DX-0175,DX-0176,DX-0180,DX-0181,DX-0183,DX-0185,DX-0186,DX-0188,DX-0190,DX-0191,DX-0194,DX-0197,DX-0201,DX-0204,DX-0206,DX-0207,DX-0209,DX-0216,DX-0219,DX-0220,DX-0221,DX-0227,DX-0228,DX-0229,DX-0231,DX-0232,DX-0233,DX-0234,DX-0242,DX-0243,DX-0246,DX-0250,DX-0252,DX-0254,DX-0255,DX-0257,DX-0258,DX-0259,DX-0260,DX-0261,DX-0262,DX-0263,DX-0264,DX-0265,DX-0266,DX-0267,DX-0268,DX-0269,DX-0270,DX-0271,DX-0417,DX-0418,DX-0440,DX-0443,DX-0444,DX-0445,DX-0446,DX-0447,DX-0448,DX-0449,DX-0450,DX-0451,DX-0452,DX-0453,DX-0454,DX-0455,DX-0456,DX-0457,DX-0458,DX-0459,DX-0460,DX-0461,DX-0462,DX-0465,DX-0469,DX-0470,DX-0478,DX-0486,DX-0488,DX-0489,DX-0490,DX-0491,DX-0492,DX-0493,DX-0494,DX-0495,DX-0496,DX-0536,DX-0537,DX-0546,DX-0548,DX-0550,DX-0551,DX-0552,DX-0553,DX-0554,DX-0555,DX-0556,DX-0558,DX-0562,DX-0563,DX-0564,DX-0571,DX-0573,DX-0579,DX-0597,DX-0598,DX-0599,DX-0600,DX-0601,DX-0621,DX-0622,DX-0623,DX-0625,DX-0626,DX-0639,DX-0644,DX-0646,DX-0647,DX-0648,DX-0649,DX-0650,DX-0651,DX-0652,DX-0654,DX-0683,DX- | | |

| | | | | |
|---|---|---|---|---|
| | | 0974,DX-0994,DX-0998,DX-0999,DX-1015,DX-1033,DX-1034,DX-1035,DX-1036,DX-1037,DX-1038,DX-1039,DX-1060,DX-1061,DX-1062,DX-1063,DX-1064,DX-1065,DX-1066,DX-1067,DX-1068,DX-1069,DX-1070,DX-1071,DX-1072,DX-1073,DX-1074,DX-1075,DX-1076,DX-1077,DX-1078,DX-1079,DX-1080,DX-1081,DX-1082,DX-1083,DX-1138,DX-1184,DX-1185,DX-1186,DX-1187,DX-1188,DX-1189,DX-1207 | | |
| 2 | Preclude AZ testimony beyond marketing of Enhertu (Seagen's MIL No. 2 – Seagen understands its objection to these documents has been overruled and will make its record tomorrow) | DX-0054,DX-0055,DX-0056,DX-0132,DX-0135,DX-0209,DX-0259,DX-0270,DX-0271,DX-0306,DX-0307,DX-0308,DX-0440,DX-0444,DX-0445,DX-0446,DX-0447,DX-0448,DX-0449,DX-0450,DX-0451,DX-0452,DX-0453,DX-0454,DX-0455,DX-0456,DX-0457,DX-0458,DX-0459,DX-0460,DX-0461,DX-0462,DX-0493,DX-0494,DX-0652,DX-1032,DX-1033,DX-1034,DX-1035,DX-1036,DX-1037,DX-1038,DX-1039,DX-1048,DX-1050,DX-1060,DX-1061,DX-1062,DX-1063,DX-1064,DX-1065,DX-1066,DX-1067,DX-1068,DX-1069,DX-1070,DX-1071,DX-1072,DX-1073,DX-1074,DX-1075,DX-1076,DX-1077,DX-1078,DX-1079,DX-1080,DX-1081,DX-1082,DX-1083,DX-1084,DX-1085,DX-1086,DX-1087,DX-1088,DX-1089,DX-1090,DX-1091,DX-1092,DX-1093,DX-1094,DX-1095,DX-1096,DX-1097,DX-1098,DX-1099,DX-1100,DX-1101,DX-1102,DX-1103,DX-1104,DX-1105,DX-1106,DX-1107,DX-1108,DX-1109,DX-1110,DX- | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |

| | | | | |
|---|---|---|---|---|
| | | 1111,DX-1112,DX-1113,DX-1114,DX-1115,DX-1116,DX-1117,DX-1118,DX-1119,DX-1120,DX-1121,DX-1122,DX-1123,DX-1124,DX-1125,DX-1126,DX-1127,DX-1128,DX-1129,DX-1130,DX-1131,DX-1132,DX-1133,DX-1134,DX-1135,DX-1136,DX-1137,DX-1138 | | |
| 3 | Prejudicial documents regarding Seagen's "greed" | DX-1179, DX-1181 | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |
| 4 | Pre-Naito, Sankyo documents | DX-0760-782, DX-0784-856, DX-0880, DX-0881, DX-0888-911, DX-0913, DX-0914, DX-0916, DX-0928, DX-0936, DX-0942-947, DX-0949-954, DX-0956, DX-0959, DX-0960, DX0982-985, DX1209-1216, DX1218, DX1236, DX-1238, DX1242-1246, DX-1281-1371 | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |
| 5 | Tukysa Pre-Launch | DX-0517 | Jayson Cohen | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |
| 6 | Seagen scientists' pre-suit knowledge of DS-8201 | DX-0420,DX-0421,DX-0422,DX-0423,DX-0424,DX-0425,DX-0426,DX-0483,DX-0484,DX-0485,DX-0489,DX-0565,DX-0566,DX-0567,DX-0568,DX-0569, DX-0600, DX-0612,DX-0613,DX-0614,DX-0618,DX-0657,DX-0696,DX-0697,DX-0698, DX-0963, DX-0964,DX-0965,DX-0966, DX-0967, DX-0969, DX-0970, DX-0971,DX-0972,DX- | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |

|   |   | 0973,DX-0975,DX-0976, DX-0977,DX-0978, |   |   |
|---|---|---|---|---|
| 7 | Double Hearsay | DX-0401-0406, DX-0511, DX-0512, DX-0517, DX-0710, DX-0712 | Jayson Cohen | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |
| 8 | Expert Materials that are Not Evidence | DX-0065,DX-0717,DX-0995,DX-0996,DX-0997,DX-1000,DX-1001,DX-1002,DX-1003,DX-1004,DX-1005,DX-1006,DX-1007,DX-1008,DX-1009,DX-1010,DX-1025,DX-1026,DX-1027,DX-1028 | Chris Han | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |
| **Defendants' Objections to Plaintiff's Exhibits** | | | | |
| 9 | Arbitration Documents | PX-0242, PX-1077, PX-1078, PX-1079, PX-1080, PX-1086, PX-1087, PX-1088 | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |
| 10 | Public Domain | PX-0082, PX-0083, PX-0175, PX-0178, PX-0179, PX-0180, PX-0181, PX-0185, PX-0186, PX-0187, PX-0188, PX-0193, PX-0194, PX-0195, PX-0199, PX-0200, PX-0203, PX-0208, PX-0209, PX-0210, PX-0211, PX-0212, PX-0214, PX-0215, PX-0216, PX-0217, PX-0218, PX-0219, PX-0220, PX-0221, PX-0222, PX-0223, PX-0224, PX-0227, PX-0228, PX-0229, PX-0230, PX-0231, PX-0232, PX-0233, PX-0234, PX-0235, PX-0236, PX-0237, PX-0238, PX-0239, PX-0240, PX-0250, PX-0251, PX-0260, PX-0261, PX-0592, PX-0593, PX-0594, PX-0606, PX-0608, PX-0609, PX-0619, PX-0622, PX-0631, PX-0637, PX-0638, PX-0640, PX-0643, PX-0644, PX-0645, PX- | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |

| | | 0646, PX-0648, PX-0650, PX-0651, PX-0652, PX-0653, PX-0654, PX-0655, PX-0656, PX-0659, PX-0660, PX-0661, PX-0664, PX-0666, PX-0674, PX-0677, PX-0681, PX-0683, PX-0691, PX-0692, PX-0693, PX-0694, PX-0700, PX-0701, PX-0702, PX-0717, PX-0724, PX-0725, PX-0737, PX-0739, PX-0740, PX-0743, PX-0744, PX-0745, PX-0747, PX-0748, PX-0750, PX-0758, PX-0767, PX-0768, PX-0771, PX-0779, PX-0780, PX-0781, PX-0782, PX-0785, PX-0791, PX-0792, PX-0793, PX-0794, PX-0797, PX-0798, PX-0799, PX-0801, PX-0802, PX-0804, PX-0806, PX-0815, PX-0821, PX-0826, PX-0827, PX-0837, PX-0847, PX-0857, PX-0879, PX-0884, PX-0887, PX-0897, PX-0903, PX-0906, PX-0923, PX-0979, PX-0980, PX-1148, PX-1149, PX-1150 | | |
| --- | --- | --- | --- | --- |
| 11 | DSC In-House ADC Documents Not Regarding the Accused Product | PX-0252, PX-0253, PX-0258, PX-0259, PX-0262, PX-0263, PX-0596, PX-0679, PX-0720, PX-0727, PX-0729, PX-0736, PX-0741, PX-0757, PX-0764, PX-0765, PX-0766, PX-0783, PX-0784, PX-0786, PX-0829, PX-0830, PX-0854, PX-0859, PX-0902 | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |
| 12 | Alleged Copying of Unclaimed Processes | PX-0054, PX-0083, PX-0178, PX-0179, PX-0180, PX-0181, PX-0182, PX-0185, PX-0186, PX-0187, PX-0188, PX-0193, PX-0194, PX-0195, PX-0199, PX-0200, PX-0208, PX-0209, PX-0210, PX-0211, PX-0212, PX-0214, PX-0215, PX-0216, PX-0217, PX-0218, PX-0219, PX-0220, PX-0221, PX-0222, | Chris Han, Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |

| | | | | |
|---|---|---|---|---|
| | | PX-0223, PX-0224, PX-0227, PX-0228, PX-0229, PX-0230, PX-0231, PX-0232, PX-0233, PX-0234, PX-0235, PX-0238, PX-0239, PX-0240, PX-0606, PX-0608, PX-0609, PX-0619, PX-0622, PX-0631, PX-0640, PX-0643, PX-0645, PX-0646, PX-0648, PX-0650, PX-0651, PX-0652, PX-0653, PX-0654, PX-0655, PX-0656, PX-0659, PX-0660, PX-0664, PX-0666, PX-0674, PX-0677, PX-0681, PX-0683, PX-0691, PX-0692, PX-0693, PX-0694, PX-0702, PX-0724, PX-0725, PX-0739, PX-0743, PX-0747, PX-0750, PX-0767, PX-0768, PX-0791, PX-0792, PX-0793, PX-0794, PX-0801, PX-0802, PX-0804, PX-0815, PX-0837 | | |
| 13 | Research and Communications Concerning DR5 ADCs | PX-0084, PX-0085, PX-0086, PX-0087, PX-0088, PX-0089, PX-0183, PX-0184, PX-0189, PX-0190, PX-0191, PX-0192, PX-0197, PX-0198, PX-0201, PX-0202, PX-0204, PX-0205, PX-0206, PX-0207, PX-0213, PX-0225, PX-0226, PX-0587, PX-0590, PX-0595, PX-0598, PX-0599, PX-0602, PX-0605, PX-0607, PX-0610, PX-0611, PX-0612, PX-0614, PX-0615, PX-0616, PX-0617, PX-0618, PX-0620, PX-0621, PX-0623, PX-0624, PX-0625, PX-0626, PX-0627, PX-0628, PX-0629, PX-0630, PX-0633, PX-0635, PX-0636, PX-0639, PX-0641, PX-0642, PX-0647, PX-0649. PX-0657, PX-0658, PX-0663, PX-0665, PX-0667, PX-0668, PX-0669, PX-0670, PX-0671, | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |

| | | | | |
|---|---|---|---|---|
| | | PX-0672, PX-0673, PX-0682, PX-0684, PX-0685, PX-0687, PX-0688, PX-0689, PX-0690, PX-0696, PX-0697, PX-0703, PX-0704, PX-0706, PX-0707, PX-0708, PX-0709, PX-0710, PX-0711, PX-0712, PX-0713, PX-0714, PX-0715, PX-0716, PX-0718, PX-0719, PX-0726, PX-0728, PX-0730, PX-0738, PX-0749, PX-0751, PX-0752, PX-0753, PX-0754, PX-0755, PX-0756, PX-0759, PX-0761, PX-0762, PX-0763, PX-0770, PX-0773, PX-0774, PX-0775, PX-0787, PX-0788, PX-0789, PX-0790, PX-0795. PX-0803, PX-0811, PX-0813, PX-0814, PX-0819, PX-0822, PX-0824, PX-0840, PX-0841, PX-0844, PX-0845, PX-0846, PX-0849, PX-0851, PX-0853, PX-0981, PX-1162 | | |
| 14 | Defendants' 2019 Strategic Alliance Agreement | PX-0274, PX-0962, PX-1040, PX-1042, PX-1045, PX-1094 | Bryan Wilson | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |
| 15 | AZ Investor Documents | PX-1039, PX-1071, PX-1128, PX-1217, PX-1223, PX-1224, PX-1228, PX-1244 | Jayson Cohen | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |
| 16 | DSC Investor Documents | PX-0354, PX-0364, PX-0597, PX-0919, PX-0948, PX-0952, PX-1003, PX-1115, PX-1207, PX-1210, PX-1214, PX-1218, PX-1232, PX-1247, PX-1253, PX-1258 PX-1262, PX-1277, PX-1278, PX-1280 | Jayson Cohen | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |

| 17 | Seagen Investor Documents | PX-1179, PX-1180, PX-1182, PX-1183, PX-1184, PX-1185, PX-1187, PX-1188, PX-1195, PX-1197, PX-1198, PX-1199, PX-1200, PX-1204, PX-1205, PX-1209, PX-1211, PX-1216, PX-1219, PX-1221, PX-1226, PX-1230, PX-1238, PX-1242, PX-1259, PX-1261, PX-1272, PX-1276 | Jayson Cohen | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |
|---|---|---|---|---|
| 18 | Third-Party Authored External Documents | PX-0092, PX-0430, PX-0431, PX-0432, PX-0433, PX-0434, PX-0435, PX-0437, PX-0440, PX-0441, PX-0442, PX-0444, PX-0447, PX-0448, PX-0449, PX-0450, PX-0451, PX-0452, PX-0453, PX-0454, PX-0455, PX-0456, PX-0457, PX-0458, PX-0459, PX-0460, PX-0461, PX-0462, PX-0463, PX-0464, PX-0466, PX-0467, PX-0468, PX-0469, PX-0470, PX-0472, PX-0475, PX-0476, PX-0477, PX-0478, PX-0479, PX-0480, PX-0481, PX-0483, PX-0484, PX-0485, PX-0486, PX-0487, PX-0488, PX-0489, PX-0492, PX-0493, PX-0494, PX-0495, PX-0497, PX-0498, PX-0499, PX-0500, PX-0501, PX-0502, PX-0505, PX-0507, PX-0512, PX-0513, PX-0516, PX-0518, PX-0520, PX-0522, PX-0524, PX-0525, PX-0526, PX-0529, PX-0530, PX-0540, PX-0541, PX-0542, PX-0544, PX-0553, PX-0567, PX-0569, PX-0574, PX-0604, PX-0678, PX-0816, PX-0848, PX-0881, PX-0911, PX-0970, PX-1015, PX-1027, PX-1072, PX-1111, PX-1114, PX-1116, PX-1117, PX-1118, PX-1121, PX-1122, PX-1156, PX-1157, PX-1158, PX-1161, PX-1201, PX-1202, PX-1203, PX-1213, PX-1225, PX-1227, PX-1231, PX-1233, PX-1234, PX-1236, PX-1245, PX-1246, PX- | Chris Han | David Berl, Jessamyn Berniker, Kathryn Kayali |

| | | 1248, PX-1249, PX-1250, PX-1254, PX-1255, PX-1256, PX-1260, PX-1263, PX-1266, PX-1267, PX-1283, PX-1285, PX-1286 | | |
|---|---|---|---|---|
| 19 | Third-Party Collaboration Documents | PX-1176 | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |
| 20 | Third-Party Patents | PX-0471, PX-0482, PX-0543, PX-0776 | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |
| 21 | Seagen Patents Outside the '039 Patent Family | PX-0680 | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |
| 22 | Not Produced | PX-0557, PX-0597, PX-0678, PX-0776, PX-1122, PX-1156, PX-1157, PX-1158, PX-1159, PX-1160, PX-1161, PX-1179, PX-1183, PX-1192, PX-1202, PX-1207, PX-1214, PX-1217, PX-1220, PX-1223, PX-1224, PX-1228, PX-1229, PX-1238, PX-1244, PX-1245, PX-1251, PX-1259, PX-1261, PX-1264, PX-1266, PX-1267, PX-1272, PX-1275, PX-1280, PX-1281, PX-1282, PX-1283 | Chris Han | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |
| 23 | Defendants' Witnesses' Deposition Notes | PX-0352, PX-1154 | Chris Han | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |
| 24 | Fact Witness Profiles | PX-0347, PX-1104, PX-1127 | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |
| 25 | DSC Financial Reporting | PX-0390, PX-0391, PX-0392, PX-0393, PX-0394, PX-0406, PX-0407, PX-0408, PX-0416, PX-0417, PX-0420 | Jayson Cohen | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn |

| | | | | Berniker, Kathryn Kayali |
|---|---|---|---|---|
| 26 | DSC-Third Party Collaboration Documents | PX-0054, PX-0182, PX-0810, PX-0836, PX-0842, PX-0843, PX-0858, PX-0926, PX-0963, PX-0964, PX-0965, PX-0968, PX-0976 | Jayson Cohen | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |
| 27 | DSC In-House ADC Documents Beyond Just the Accused Product | PX-0842, PX-0843, PX-0858 PX-0976 | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |
| 28 | DSC Authored External Documents Beyond Just the Accused Product | PX-0157, PX-0158, PX-0159, PX-0160, PX-0161, PX-0255, PX-0256, PX-0257, PX-0385, PX-0862, PX-0863, PX-0864, PX-0876, PX-0885, PX-0886, PX-0890, PX-0892, PX-0893, PX-0895, PX-0898, PX-0905, PX-0913, PX-0914, PX-0918, PX-0929, PX-0935, PX-0938, PX-0950, PX-0960, PX-0966, PX-0967, PX-0971, PX-0973, PX-0974, PX-0975, PX-0978, PX-1007, PX-1008, PX-1014, PX-1167, PX-1229, PX-1271, PX-1281 | Matthew Chivvis | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers |
| 29 | Seagen ADC Work For Products Not Falling Under the Claims of the '039 patent | PX-0020, PX-0021, PX-0023, PX-0076, PX-0146, PX-0151, PX-0517, PX-0521, PX-0523, PX-0527, PX-0546, PX-0554, PX-0560, PX-0562, PX-0564, PX-0566, PX-0568, PX-0571, PX-0573, PX-0575, PX-0576, PX-0584, PX-0586, PX-0591, PX-0603, PX-0613, PX-0632, PX-0695, PX-0698, PX-0705, PX-0772, PX-0800, PX-0812, PX-0817, PX-0818, PX-0820, PX-0825, PX-0835, PX-0850, PX-0896, PX-0899, PX-0936, PX-0955, PX-0958, PX-0961, PX-0977, PX-1025, PX-1070, PX-1165, PX-1166, PX-1168, PX-1169, PX-1170, PX-1171, PX- | Chris Han | Preston K. Ratliff II, Lucas L. Kressel, Jake Silvers, David Berl, Jessamyn Berniker, Kathryn Kayali |

|  |  | 1172, PX-1173, PX-1174, PX-1175, PX-1186, PX-1189, PX-1190, PX-1191, PX-1212, PX-1220 PX-1235 |  |  |
|---|---|---|---|---|