**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SEAGEN INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:20-CV-00337-JRG |
| | § | |
| DAIICHI SANKYO CO., LTD., | § | |
| | § | |
| *Defendant,* | § | |
| | § | |
| ASTRAZENECA PHARMACEUTICALS | § | |
| LP, and ASTRAZENECA UK LTD | § | |
| | § | |
| *Intervenor-Defendants.* | § | |

## ORDER

Before the Court is Daiichi Sankyo Company, Ltd.'s ("DSC") Unopposed Motion to Appoint Ms. Madoka Murakami as Interpreter at Trial (the "Motion").  (Dkt. No. 354).  Having considered the Motion, and noting its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that Ms. Madoka Murakami is appointed interpreter for Japanese witnesses who testify at trial in the above-captioned case.

**So ORDERED and SIGNED this 30th day of March, 2022.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE