IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN, INC., <br><br> *Plaintiff* <br><br> v. <br><br> DAIICHI SANKYO CO., LTD., <br> *Defendant,* <br><br> ASTRAZENECA PHARMACEUTICALS LP and <br> ASTRAZENECA UK LTD, <br><br> *Intervenor-Defendants.* | § § § § § § § § § § § § § § §  CIVIL ACTION NO. 2:20-CV-00337-JRG |

MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 4, 2022

**OPEN:  09:20 AM**                                                                   **ADJOURN:   06:05 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| ATTORNEYS FOR INTERVENORS: | See attached. |
| LAW CLERK: | Jim Lomeo <br> Katie Albanese <br> Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 09:20 AM | Court opened. Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:31 AM | Court asked for announcements from the parties. |
| 09:33 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:41 AM | Prospective Jurors began introduction of themselves. |
| 10:05 AM | Court provided additional instructions to Jury Pool. |
| 10:08 AM | *Voir dire* on behalf of Plaintiff by Mr. Ward. |

| TIME | MINUTES |
|---|---|
| 10:40 AM | *Voir dire* on behalf of Defendant and Intervenors (collectively Defendants) by Mr. Dacus. |
| 11:04 AM | Bench conference with counsel. |
| 11:05 AM | Bench conference completed. |
| 11:06 AM | Court instructions provided to Jury Pool.  Court requested specific juror(s) to remain in courtroom while remainder of jurors recessed. |
| 11:08 AM | Remainder of jurors recessed. |
| 11:09 AM | Counsel approached bench. |
| 11:09 AM | Strike conference began with specifically named juror(s). |
| 11:31 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:31 AM | Recess. |
| 11:57 AM | Court reconvened. |
| 11:58 AM | Instructions given by the Court.  Jurors selected. |
| 12:01 PM | Jurors sworn.  Additional instructions given by the Court.  Remainder of Jury Pool excused. |
| 12:04 PM | Additional instructions given by the Court. |
| 12:23 PM | Jury recessed for lunch. |
| 12:24 PM | Court addressed a leave of Court request by Mr. Hill on behalf of Plaintiff. |
| 12:26 PM | Response provided by Mr. Mann on behalf of Defendants. |
| 12:30 PM | Court made rulings. |
| 12:30 PM | Court recessed for lunch. |
| 01:30 PM | Court reconvened. |
| 01:31 PM | Court addressed an individual juror issue. |
| 01:32 PM | Court addressed an MIL ruling. |
| 01:38 PM | Individual juror appeared before the Court. |
| 01:40 PM | Individual juror released. |
| 01:41 PM | Jury returned to courtroom. |
| 01:42 PM | Court gave preliminary instructions to the Jury.  Jurors were provided notebooks. |
| 02:26 PM | Plaintiff's opening statement by Mr. Hill. |
| 03:02 PM | Defendants' opening statement by Mr. Mann. |
| 03:31 PM | Opening statements concluded. |
| 03:31 PM | Plaintiff invoked the rule; excludes expert witnesses. |
| 03:32 PM | Jury recessed for break. |
| 03:32 PM | Recess. |
| 03:50 PM | Court reconvened. |
| 03:51 PM | Jury returned to courtroom. |
| 03:52 PM | Witness sworn.  Direct examination of Dr. Peter Senter by Ms. Fair. |
| 04:59 PM | Cross examination of Dr. Peter Senter by Mr. Ratliff. |
| 05:16 PM | Bench conference. |
| 05:21 PM | Bench conference concluded. |
| 05:21 PM | Cross examination of Dr. Peter Senter by Mr. Ratliff, continued. |
| 05:50 PM | Bench conference. |
| 05:51 PM | Bench conference concluded. |
| 05:51 PM | Cross examinaton of Dr. Peter Senter by Mr. Ratliff, continued. |
| 05:52 PM | Redirect examination of Dr. Peter Senter by Ms. Fair. |

| TIME | MINUTES |
|---|---|
| 05:57 PM | Witness excused. |
| 05:57 PM | Ms. Fair introduced the video deposition of Ms. Amita Chaudhari. |
| 05:58 PM | **Courtroom sealed.** |
| 06:03 PM | Video deposition of Ms. Amita Chaudhari concluded. |
| 06:03 PM | **Courtroom unsealed.** |
| 06:04 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:05 PM | Court reminded parties to continue with their meet and confer efforts re: disputes and to advise Court staff re: same.  If the parties have unresolved issues, the Court will be available in chambers at 7:30 AM tomorrow morning to meet with counsel to address same. |
| 06:05 PM | Court adjourned. |