## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SEAGEN, INC., § | |
| § | |
| *Plaintiff* § | |
| § | |
| v. § | |
| § | |
| DAIICHI SANKYO CO., LTD., § | CIVIL ACTION NO. 2:20-CV-00337-JRG |
| *Defendant,* § | |
| § | |
| ASTRAZENECA PHARMACEUTICALS § | |
| LP and § | |
| ASTRAZENECA UK LTD, § | |
| § | |
| *Intervenor-Defendants.* § | |

### MINUTES FOR JURY TRIAL DAY NO. 2
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 5, 2022

**OPEN:** 08:32 AM          **ADJOURN:** 6:06 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| ATTORNEYS FOR INTERVENORS: | See attached. |
| LAW CLERK: | Jim Lomeo<br>Katie Albanese<br>Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 08:32 AM | Court opened. |
| 08:32 AM | Exhibits used prior day read into the record. |
| 08:34 AM | Jury entered the courtroom. |
| 08:35 AM | Witness sworn. Direct examination of Dr. Carolyn Bertozzi by Mr. Chivvis. |
| 09:53 AM | Jury recessed for break. |
| 09:54 AM | Recess. |
| 10:15 AM | Court reconvened. |

| TIME | MINUTES |
|---|---|
| 10:16 AM | Bench conference. |
| 10:17 AM | Bench conference concluded. |
| 10:18 AM | Jury returned to courtroom. |
| 10:19 AM | **Courtroom sealed.** |
| 10:20 AM | Direct examination of Dr. Carolyn Bertozzi by Mr. Chivvis, continued. |
| 11:37 AM | Cross examination of Dr. Carolyn Bertozzi by Mr. Ratliff. |
| 11:45 AM | Bench conference. |
| 11:47 AM | Bench conference concluded. |
| 11:47 AM | Cross examination of Dr. Carolyn Bertozzi by Mr. Ratliff, continued. |
| 12:25 PM | Bench conference. |
| 12:27 PM | Bench conference concluded. |
| 12:28 PM | Jury recessed for lunch break. |
| 12:28 PM | **Courtroom unsealed.** |
| 12:28 PM | Recess. |
| 01:41 PM | Court reconvened. |
| 01:42 PM | Jury returned to courtroom. |
| 01:42 PM | Cross examination of Dr. Carolyn Bertozzi by Mr. Ratliff, continued. |
| 01:59 PM | Redirect examination of Dr. Carolyn Bertozzi by Mr. Chivvis. |
| 02:12 PM | Completion of testimony of Dr. Carolyn Bertozzi. |
| 02:13 PM | **Courtroom sealed** |
| 02:14 PM | Mr. Chivvis introduced the video deposition of Dr. Koji Morita. |
| 03:03 PM | Technical difficulties experienced. |
| 03:03 PM | Off the record. |
| 03:06 PM | On the record. |
| 03:06 PM | Remainder of video deposition read into the record. |
| 03:06 PM | Video deposition of Dr. Koji Morita concluded. |
| 03:07 PM | Mr. Hill introduced the video deposition of Ms. Mila Tartakovsky. |
| 03:14 PM | Video deposition of Ms. Mila Tartakovsky concluded. |
| 03:14 PM | Mr. Hill introduced the video deposition of Mr. Kevin Smith |
| 03:17 PM | Video deposition of Mr. Kevin Smith concluded. |
| 03:17 PM | **Courtroom unsealed.** |
| 03:17 PM | Jury recessed for break. |
| 03:18 PM | Recess. |
| 03:38 PM | Court reconvened. |
| 03:38 PM | **Courtroom sealed.** |
| 03:45 PM | **Courtroom unsealed.** |
| 03:45 PM | Jury returned to courtroom. |
| 03:46 PM | Plaintiff rested its case-in-chief as to liability issues. |
| 03:46 PM | Court provided explanation to jury re: bifurcation of trial. |
| 03:48 PM | Witness sworn.  Direct examination of Dr. Glenn Gormley by Mr. Mann. |
| 04:27 PM | Cross examination of Dr. Glenn Gormley by Mr. Jacobs. |
| 04:47 PM | **Courtroom sealed.** |
| 04:48 PM | Cross examination of Dr. Glenn Gormley by Mr. Jacobs, continued. |
| 05:01 PM | Redirect examination of Dr. Glenn Gormley by Mr. Mann. |

| TIME | MINUTES |
|---|---|
| 05:02 PM | Completion of testimony of Dr. Glenn Gormley. |
| 05:02 PM | Bench conference |
| 05:03 PM | Bench conference concluded. |
| 05:04 PM | **Courtroom unsealed.** |
| 05:04 PM | Interpreter, Ms. Madoka Murakami sworn. |
| 05:04 PM | Witness sworn.  Direct examination of Dr. Hiroyuki Naito by Dr. Ashley Mays-Williams. |
| 06:04 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:06 PM | Court adjourned. |