IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN, INC., §<br>§<br>*Plaintiff* §<br>§<br>v. §<br>§<br>DAIICHI SANKYO CO., LTD., §<br>§<br>*Defendant,* §<br>§<br>ASTRAZENECA PHARMACEUTICALS §<br>LP and §<br>ASTRAZENECA UK LTD, §<br>§<br>*Intervenor-Defendants.* § | CIVIL ACTION NO. 2:20-CV-00337-JRG |

MINUTES FOR JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 6, 2022

**OPEN:** 08:29 AM                                                                                             **ADJOURN:** 05:10 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| ATTORNEYS FOR INTERVENORS: | See attached. |
| LAW CLERK: | Jim Lomeo<br>Katie Albanese<br>Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 08:29 AM | Court opened. |
| 08:30 AM | Exhibits used prior day read into the record. |
| 08:34 AM | Jury entered the courtroom. |
| 08:34 AM | Cross examination of Dr. Hiroyuki Naito by Mr. Jacobs. |
| 09:14 AM | **Courtroom sealed.** |
| 09:15 AM | Cross examination of Dr. Hiroyuki Naito by Mr. Jacobs, continued. |
| 09:17 AM | Bench conference. |

| TIME | MINUTES |
|---|---|
| 09:19 AM | Bench conference concluded. |
| 09:19 AM | Cross examination of Dr. Hiroyuki Naito by Mr. Jacobs, continued. |
| 09:26 AM | Redirect examination of Dr. Hiroyuki Naito by Dr. Mays-Williams. |
| 09:34 AM | Recross examination of Dr. Hiroyuki Naito by Mr. Jacobs. |
| 09:35 AM | Witness excused. |
| 09:35 AM | **Courtroom unsealed.** |
| 09:36 AM | Ms. Ainsworth introduced the video deposition of Dr. Scott Jeffrey. |
| 09:51 AM | Video deposition stopped. |
| 09:52 AM | **Courtroom sealed.** |
| 09:52 AM | Continuation video deposition of Dr. Scott Jeffrey. |
| 09:55 AM | Video deposition of Dr. Scott Jeffrey concluded. |
| 09:55 AM | **Courtroom unsealed.** |
| 09:55 AM | Jury recessed for break. |
| 09:57 AM | Recess. |
| 10:19 AM | Court reconvened. |
| 10:19 AM | Jury returned to courtroom. |
| 10:20 AM | Ms. Ainsworth introduced the video deposition of Dr. Stephen Alley. |
| 10:26 AM | Video deposition of Dr. Stephen Alley concluded. |
| 10:27 AM | Ms. Ainsworth introduced the video deposition of Dr. Robert Lyon. |
| 10:33 AM | Video deposition of Dr. Robert Lyon concluded. |
| 10:33 AM | Witness sworn.  Direct examination of Dr. John Lambert by Mr. Ratliff. |
| 11:32 AM | Bench conference. |
| 11:33 AM | Bench conference concluded. |
| 11:33 AM | Direct examination of Dr. John Lambert by Mr. Ratliff, continued. |
| 12:00 PM | Jury recessed for lunch. |
| 12:00 PM | Recess. |
| 01:00 PM | Court reconvened. |
| 01:01 PM | Jury returned to courtroom. |
| 01:02 PM | Direct examination of Dr. John Lambert by Mr. Ratliff, continued. |
| 02:11 PM | Jury recessed for break. |
| 02:12 PM | Recess. |
| 02:32 PM | Court reconvened. |
| 02:32 PM | Proffer made by Ms. Ainsworth on behalf of Defendants with follow-up by Mr. Hill on behalf of Plaintiff. |
| 02:36 PM | Jury returned to courtroom. |
| 02:36 PM | Cross examination of Dr. John Lambert by Mr. Chivvis. |
| 02:52 PM | Bench conference. |
| 02:53 PM | Bench conference concluded. |
| 02:53 PM | Cross examination of Dr. John Lambert by Mr. Chivvis, continued. |
| 03:41 PM | **Courtroom sealed.** |
| 03:42 PM | Cross examination of Dr. John Lambert by Mr. Chivvis, continued. |
| 04:10 PM | Bench conference. |
| 04:10 PM | Bench conference concluded. |
| 04:11 PM | **Courtroom unsealed.** |
| 04:11 PM | Jury recessed for break. |

| TIME | MINUTES |
|---|---|
| 04:11 PM | Recess. |
| 04:25 PM | Court reconvened. |
| 04:27 PM | Jury returned to courtroom. |
| 04:28 PM | Redirect examination of Dr. John Lambert by Mr. Ratliff. |
| 04:42 PM | Jury recessed. |
| 04:42 PM | Bench conference. |
| 04:42 PM | Bench conference concluded. |
| 04:43 PM | Concerns raised by Mr. Chivvis on behalf of Plaintiff. |
| 04:44 PM | Response provided by Mr. Ratliff on behalf of Defendants. |
| 04:48 PM | Recess. |
| 05:08 PM | Court reconvened. |
| 05:10 PM | Court directed Deputy in Charge to inform the jury of being recessed for the day to return tomorrow at 8:30 AM. |
| 05:10 PM | Court adjourned. |