# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEAGEN, INC., | § |
| *Plaintiff* | § § § |
| v. | § § |
| DAIICHI SANKYO CO., LTD., | § § |
| *Defendant,* | § § CIVIL ACTION NO. 2:20-CV-00337-JRG |
| | § § |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LTD, | § § § § |
| *Intervenor-Defendants.* | § § |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 7, 2022

**OPEN:  08:26 AM**                                                           **ADJOURN:  06:36 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| ATTORNEYS FOR INTERVENORS: | See attached. |
| LAW CLERK: | Jim Lomeo<br>Katie Albanese<br>Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 08:26 AM | Court opened. |
| 08:27 AM | Individual juror excused by Court due to personal reasons. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:33 AM | Proffer made by Ms. Ainsworth on behalf of Defendants. |
| 08:38 AM | Response provided by Mr. Hill on behalf of Plaintiff. |
| 08:39 AM | Jury entered the courtroom. |
| 08:41 AM | Redirect examination of Dr. John Lambert by Mr. Ratliff, continued. |

| TIME | MINUTES |
|---|---|
| 08:54 AM | Recross examination of Dr. John Lambert by Mr. Chivvis. |
| 09:07 AM | Witness excused. |
| 09:07 AM | Ms. Ainsworth introduced the video deposition of Dr. Patrick J. Burke. |
| 09:08 AM | **Courtroom sealed.** |
| 09:23 AM | Video deposition of Dr. Patrick J. Burke concluded. |
| 09:24 AM | **Courtroom unsealed.** |
| 09:24 AM | Witness sworn.  Direct examination of Dr. Naomi Ko by Ms. Berniker. |
| 09:47 AM | Cross examination of Dr. Naomi Ko by Mr. Hill. |
| 09:52 AM | Witness excused. |
| 09:52 AM | Jury recessed for break. |
| 09:53 AM | Recess. |
| 10:09 AM | Court reconvened. |
| 10:11 AM | Jury returned to courtroom. |
| 10:12 AM | Ms. Ainsworth introduced the video deposition of Dr. Brian Toki. |
| 10:22 AM | Video deposition of Dr. Brian Toki concluded. |
| 10:23 AM | Ms. Ainsworth introduced the video deposition of Dr. Svetlana Doronina. |
| 10:41 AM | Video deposition of Dr. Svetlana Doronina concluded. |
| 10:41 AM | Ms. Ainsworth introduced the video deposition of Dr. Toni Kline. |
| 10:57 AM | Video deposition of Dr. Toni Kline concluded. |
| 10:57 AM | Defendants rested their case-in-chief as to the liability portion of trial. |
| 10:57 AM | Direct examination of Plaintiff's rebuttal witness, Dr. Carolyn Bertozzi by Mr. Chivvis. |
| 11:32 AM | **Courtroom sealed.** |
| 11:33 AM | Direct examination of Plaintiff's rebuttal witness, Dr. Carolyn Bertozzi by Mr. Chivvis, continued. |
| 11:41 AM | Bench conference |
| 11:42 AM | Bench conference concluded. |
| 11:43 AM | Direct examination of Plaintiff's rebuttal witness, Dr. Carolyn Bertozzi by Mr. Chivvis, continued. |
| 11:45 AM | Cross examination of Plaintiff's rebuttal witness, Dr. Carolyn Bertozzi by Mr. Ratliff. |
| 11:46 AM | **Courtroom unsealed.** |
| 11:47 AM | Cross examination of Plaintiff's rebuttal witness, Dr. Carolyn Bertozzi by Mr. Ratliff, continued. |
| 12:12 PM | Redirect examination of Plaintiff's rebuttal witness, Dr. Carolyn Bertozzi by Mr. Chivvis. |
| 12:15 PM | Recross examination of Plaintiff's rebuttal witness, Dr. Carolyn Bertozzi by Mr. Ratliff. |
| 12:19 PM | Witness excused. |
| 12:20 PM | Plaintiff rested its rebuttal case re: liability portion of the trial. |
| 12:20 PM | Court instructed the Jury that the damages portion of the trial will proceed following lunch break. |
| 12:21 PM | Jury recessed for lunch break. |
| 12:22 PM | Recess. |
| 01:21 PM | Court reconvened. |

| TIME | MINUTES |
|---|---|
| 01:22 PM | Plaintiff to proceed with damages portion of the trial. |
| 01:22 PM | Jury returned to courtroom. |
| 01:22 PM | Court gave instruction to Jury re: damages portion of the trial. |
| 01:23 PM | Witness sworn. Direct examination of Ms. Carrie Distler by Mr. Wilson. |
| 01:25 PM | Bench conference. |
| 01:26 PM | Bench conference concluded. |
| 01:27 PM | Direct examination of Ms. Carrie Distler by Mr. Wilson, continued. |
| 01:45 PM | Bench conference. |
| 01:45 PM | Bench conference concluded. |
| 01:46 PM | **Courtroom sealed.** |
| 01:46 PM | Direct examination of Ms. Carrie Distler by Mr. Wilson, continued. |
| 02:22 PM | **Courtroom unsealed.** |
| 02:22 PM | Bench conference. |
| 02:24 PM | Bench conference concluded. |
| 02:24 PM | Cross examination of Ms. Carrie Distler by Mr. Dacus. |
| 02:47 PM | **Courtroom sealed.** |
| 02:47 PM | Cross examination of Ms. Carrie Distler by Mr. Dacus, continued. |
| 03:34 PM | Bench conference. |
| 03:34 PM | Bench conference concluded. |
| 03:35 PM | Redirect examination of Ms. Carrie Distler by Mr. Wilson. |
| 03:39 PM | Witness excused. |
| 03:40 PM | **Courtroom unsealed.** |
| 03:40 PM | Plaintiff rested its damages case-in-chief. |
| 03:41 PM | Defendants to proceed with damages portion of the trial. |
| 03:41 PM | Ms. Ainsworth introduced the video deposition of Mr. Todd Simpson. |
| 03:42 PM | **Courtroom sealed.** |
| 03:53 PM | Bench conference |
| 03:56 PM | Bench conference concluded. |
| 03:57 PM | Continuation of video deposition of Mr. Todd Simpson. |
| 04:04 PM | Video deposition of Mr. Todd Simpson concluded. |
| 04:04 PM | **Courtroom unsealed.** |
| 04:05 PM | Jury recessed for break. |
| 04:05 PM | Recess. |
| 04:21 PM | Court reconvened. |
| 04:21 PM | Jury returned to courtroom. |
| 04:21 PM | Witness sworn. |
| 04:22 PM | Court instructed the Jury that due to unforeseeable circumstances, Dr. Meyer to testify remotely rather than in person. |
| 04:22 PM | Direct examination of Dr. Christine Meyer by Mr. Dacus. |
| 04:27 PM | **Courtroom sealed.** |
| 04:28 PM | Direct examination of Dr. Christine Meyer by Mr. Dacus, continued. |
| 05:08 PM | Cross examination of Dr. Christine Meyer by Mr. Wilson. |
| 05:37 PM | Redirect examination of Dr. Christine Meyer by Mr. Dacus. |
| 05:40 PM | Completion of testimony of Dr. Christine Meyer. |
| 05:40 PM | Defendants rested its damages case-in-chief. |

| TIME | MINUTES |
|---|---|
| 05:40 PM | Both sides rested |
| 05:40 PM | **Courtroom unsealed.** |
| 05:41 PM | Court provided instructions to Jury. |
| 05:44 PM | Jury excused for the remainder of the day to return tomorrow at 9:00 AM. |
| 05:44 PM | Court will take up Rule 50(a) motions following recess. |
| 05:50 PM | Recess. |
| 06:00 PM | Court reconvened. |
| 06:01 PM | Court to take up Rule 50(a) motions. |
| 06:01 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 06:07 PM | Court began hearing argument on Rule 50(a) motions. |
| 06:34 PM | Argument presented. |
| 06:35 PM | Court made rulings on Rule 50(a) motions as set forth in the record. |
| 06:36 PM | Completion of Rule 50(a) motions hearing. |
| 06:36 PM | Informal charge conference begins (off the record). |
| 06:36 PM | Formal charge conference will be held tomorrow morning (on the record) at 8:00 AM |
| 06:36 PM | Court adjourned. |