IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DAIICHI SANKYO CO., LTD., | ) CASE NO. 2:20-cv-00337-JRG |
| | ) |
| Defendant, and | ) |
| | ) |
| ASTRAZENECA PHARMACEUTICALS | ) |
| LP and ASTRAZENECA UK LTD., | ) |
| | ) |
| Intervenor-Defendants. | ) |

**NOTICE REGARDING TRIAL DEMONSTRATIVES**

Plaintiff Seagen Inc. submits this notice to lodge the following demonstratives, which were presented during trial:

- **Exhibit A**: Demonstratives presented during Seagen's Opening Statement;

- **Exhibit B**: Demonstratives presented during the direct examination of Dr. Peter Senter;

- **Exhibit C**: Demonstratives presented during the direct examination of Dr. Carolyn Bertozzi;

- **Exhibit D**: Demonstrative presented during the cross examination of Dr. Glenn Gormley;

- **Exhibit E:** Demonstrative presented during the cross examination of Dr. John Lambert;

- **Exhibit F**: Demonstratives presented during the direct examination of Carrie Distler; and

- **Exhibit G:** Demonstratives presented during Seagen's closing.

Dated:  April 08, 2022

Respectfully Submitted,

By: /s/ *Melissa R. Smith*
Michael A. Jacobs
MJacobs@mofo.com
Matthew A. Chivvis
MChivvis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile:  415.268.7522

Bryan Wilson
BWilson@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.0792

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  903.934.8450
Facsimile:   903.934.9257

*Of Counsel:*

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
Charles Everingham IV
Texas State Bar No. 00787447
ce@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone:  903.757.6400
Facsimile:   903.757.2323

*Attorneys for Plaintiff Seagen Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of April 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*