IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SEAGEN INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:20-CV-00337-JRG |
| | § | |
| DAIICHI SANKYO CO., LTD., | § | |
| | § | |
| *Defendant*, | § | |
| | § | |
| ASTRAZENECA PHARMACEUTICALS | § | |
| LP, and ASTRAZENECA UK LTD | § | |
| | § | |
| *Intervenor-Defendants*. | § | |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**Seagen**" refers to Seagen Inc.
- "**Daiichi Sankyo**" or "**DSC**" refers to Daiichi Sankyo Company, Limited.
- "**AstraZeneca**" or "**AZ**" refers collectively to AstraZeneca Pharmaceutical LP and AstraZeneca UK Ltd.
- "**Defendants**" refers collectively to DSC and AZ
- The "**'039 Patent**" refers to U.S. Patent No. 10,808,039.
- The "**Asserted Claims**" refers collectively to Claims 1 through 5, 9, and 10 of the '039 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1

Did Seagen, the Plaintiff, prove by a preponderance of the evidence that Defendant DSC, infringed **ANY** of the Asserted Claims?

Yes: ___✓___        No: _____

## QUESTION NO. 2

Did DSC and AZ, the Defendants, prove by clear and convincing evidence that any

of the following Asserted Claims are invalid?

For each claim below, please answer "Yes" or "No".

Claim 1 of the '039 Patent:          Yes: _____          No: ___✓___

Claim 2 of the '039 Patent:          Yes: _____          No: ___✓___

Claim 3 of the '039 Patent:          Yes: _____          No: ___✓___

Claim 4 of the '039 Patent:          Yes: _____          No: ___✓___

Claim 5 of the '039 Patent:          Yes: _____          No: ___✓___

Claim 9 of the '039 Patent:          Yes: _____          No: ___✓___

Claim 10 of the '039 Patent:         Yes: _____          No: ___✓___

**If you answered "NO" to Question No. 1, _OR_ "YES" to ALL Asserted Claims in Question No. 2, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 3**

Did Seagen, the Plaintiff, prove by a preponderance of the evidence that Defendant DSC willfully infringed **ANY** of the Asserted Claims that you found were infringed?

Yes: ___✓___      No: _____

6

**If you answered "NO" to Question No. 1, _OR_ "YES" to ALL Asserted Claims in Question No. 2, then DO NOT answer Question No. 4.**

**Answer Question No. 4 ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 4**

What sum of money, if paid now in cash, has Seagen, the Plaintiff, proven by a preponderance of the evidence would compensate it for its damages for infringement from October 20, 2020 through March 31, 2022?

Answer in United States Dollars and Cents, if any:

$ _41,820,000.00_

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that
it accurately reflects your unanimous determinations. The Jury Foreperson should then
sign and date the Verdict Form in the spaces below. Once this is done, notify the Court
Security Officer that you have reached a verdict. The Jury Foreperson should keep the
Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _____8_____ day of April 2022.

_____
Jury Foreperson