IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN, INC., | § |
| *Plaintiff* | § § § |
| v. | § |
| DAIICHI SANKYO CO., LTD., | § § |
| *Defendant,* | § § CIVIL ACTION NO. 2:20-CV-00337-JRG |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LTD, | § § § § |
| *Intervenor-Defendants.* | § |

MINUTES FOR JURY TRIAL DAY NO. 5
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 8, 2022

**OPEN:  08:04 AM**                                              **ADJOURN:  01:48 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| ATTORNEYS FOR INTERVENORS: | See attached. |
| LAW CLERK: | Jim Lomeo<br>Katie Albanese<br>Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 08:04 AM | Court opened. |
| 08:06 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:09 AM | Formal charge conference started. |
| 08:12 AM | Formal charge conference to reconvene at 8:25 AM |
| 08:12 AM | Recess. |
| 08:24 AM | Court reconvened. |

| TIME | MINUTES |
|---|---|
| 08:24 AM | Continuation of formal charge conference. |
| 08:24 AM | Mr. Kreeger argued for the Plaintiff and Mr. Fletcher argued for the Defendants. |
| 09:21 AM | Formal charge conference completed |
| 09:23 AM | Recess. |
| 09:43 AM | Court reconvened. |
| 09:49 AM | Exhibits used prior day read into the record. |
| 09:54 AM | Jury entered the courtroom. |
| 09:54 AM | Court provided instructions to Jury. |
| 10:55 AM | Closing argument by Plaintiff's counsel, Mr. Hill. |
| 11:23 AM | Closing argument by Defendants' counsel, Mr. Mann. |
| 12:03 PM | Final closing argument by Plaintiff's counsel, Mr. Ward. |
| 12:15 PM | Closing arguments concluded. |
| 12:15 PM | Court gave final instructions to the Jury. |
| 12:20 PM | Jury retired to jury room to deliberate. |
| 12:20 PM | Court recessed. |
| 12:59 PM | Court reconvened. |
| 12:59 PM | Court informed counsel of a Jury note received by the Court. |
| 01:00 PM | Court read into the record the response to Jury Note No. 1. |
| 01:00 PM | Court instructed CSO to hand-deliver response to Jury. |
| 01:01 PM | Recess. |
| 01:37 PM | Court reconvened. |
| 01:38 PM | Court informed counsel of a Jury note received by the Court. |
| 01:39 PM | Jury entered the courtroom. |
| 01:40 PM | Court announced the verdict into the record. |
| 01:43 PM | Jurors polled representing a unanimous verdict. |
| 01:45 PM | Jurors released and excused by the Court. |
| 01:48 PM | Court adjourned. |