

**2:20-cv-00337-JRG**
Seagen, Inc. v Daiichi Sankyo Co., Ltd., et al
April 8, 2022 at 8:30 AM
Trial -- Day 5

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Johnny Ward | Seagen |
| Wes Hill | |
| Andrea Fair | |
| Michael Jacobs | |
| Matthew Chivvis | |
| Bryan Wilson | |
| Sumaiya Sharmeen | |
| Deron Dacus | Daiichi |
| Mark Mann | |
| Preston Ratliff | |
| Daniel Beal | Astra Zeneca |
| Jessamyn Berniker | |
| Jennifer Ainsworth | |
| Tom Fletcher | |
| Kathryn Kayali | |
| Jessica Pahl | |
| Nick Roberts | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Jean Liu | Seagen |
| Glen Gormley | Daiichi Sankyo |
| Kirsten Braun | Astra Zeneca |