IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., | § |
| *Plaintiff,* | § |
| v. | § CIVIL ACTION NO. 2:20-CV-00337-JRG |
| DAIICHI SANKYO CO., LTD., | § |
| *Defendant,* | § |
| ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LTD | § |
| *Intervenor-Defendants.* | § |

# ORDER

Before the Court is Defendants Daiichi Sankyo Company, Limited, AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Ltd.'s (collectively, "Defendants") Motion for Expedited Briefing on its Motion to Stay Pending Post-Grant Review (the "Motion"). (Dkt. No. 394). In the same, Defendants asks the Court to expedite Plaintiff Seagen Inc.'s ("Seagen") response to be due May 4, 2022 to facilitate the Court's simultaneous review of the parties' outstanding motions. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that Seagen's response in opposition to Defendants' Motion to Stay Pending Post-Grant Review is due on or before **May 4, 2022**.

**So ORDERED and SIGNED this 28th day of April, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE