IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00337-JRG |
| § | |
| DAIICHI SANKYO CO., LTD., § | |
| § | |
| *Defendant*, § | |
| § | |
| ASTRAZENECA PHARMACEUTICALS § | |
| LP, and ASTRAZENECA UK LTD § | |
| § | |
| *Intervenor-Defendants*. § | |

## ORDER

Before the Court is Plaintiff Seagen, Inc.'s ("Seagen") Opposed Motion for Entry of Post-Trial Briefing Schedule (Dkt. No. 390) ("Seagen's Motion") and Defendants Daiichi Sankyo Company Limited, AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Ltd's (collectively, "Defendants") Motion to Stay Pending Post-Grant Review (Dkt. No. 392) ("Defendants' Motion"). The Court finds that Seagen's Motion and Defendants' Motion should be **DENIED**.

It is **ORDERED** that the above-captioned case is **SET** for a bench trial before the undersigned on **June 28, 2022 at 9:00am** in Marshall, Texas. The parties are **ORDERED** to submit trial briefs, not to exceed ten pages each, on the issues to be taken up at the bench trial. Said briefs shall be submitted to the Court on or before **June 20, 2022 at 8:00am**.

So ORDERED and SIGNED this 13th day of May, 2022.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE