IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., | § |
| *Plaintiff*, | § § § |
| v. | §   CIVIL ACTION NO. 2:20-CV-00337-JRG |
| DAIICHI SANKYO CO., LTD., | § § § |
| *Defendant*, | § § |
| ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LTD | § § § |
| *Intervenor-Defendants*. | § § |

## ORDER

Before the Court is Defendant Daiichi Sankyo Company Limited's ("DSC") Motion to Designate New Expert and Continue Bench Trial (the "Motion"). (Dkt. No. 407). In the same, DSC seeks a continuance of the bench trial currently set for June 28, 2022. (*Id.*). Given the upcoming bench trial, the Court finds that expedited briefing on the Motion is appropriate. Accordingly, it is **ORDERED** that Seagen Inc.'s ("Seagen") response in opposition to the Motion is due at or before **Noon** on **June 23, 2022**. No reply or sur-reply shall be filed without advanced leave from the Court.

**So ORDERED and SIGNED this 21st day of June, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE