# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEAGEN, INC., § | |
| § | |
| *Plaintiff* § | |
| § | |
| v. § | |
| § | |
| DAIICHI SANKYO CO., LTD., § | CIVIL ACTION NO. 2:20-CV-00337-JRG |
| *Defendant,* § | |
| § | |
| ASTRAZENECA PHARMACEUTICALS § | |
| LP and § | |
| ASTRAZENECA UK LTD, § | |
| § | |
| *Intervenor-Defendants.* § | |

## MINUTES FOR BENCH TRIAL
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### June 28, 2022

**OPEN:  1:00 PM**                                                              **ADJOURN:   03:11 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| ATTORNEYS FOR INTERVENORS: | See attached. |
| LAW CLERK: | Jim Lomeo<br>Katie Albanese<br>Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 01:00 PM | Court opened.  Parties announced ready to proceed. |
| 01:01 PM | Court provided information and instruction to counsel. |
| 01:03 PM | Opening argument by Mr. Ratliff on behalf of Defendant, Daiichi Sankyo. |
| 01:37 PM | Opening argument by Mr. Jacobs on behalf of Plaintiff. |
| 02:00 PM | Additional opening argument by Mr. Chivvis on behalf of Plaintiff. |
| 02:11 PM | Responsive argument by Mr. Ratliff. |
| 02:20 PM | Proffer of exhibits made by Mr. Ratliff on behalf of Defendant. |

| TIME | MINUTES |
|---|---|
| 02:25 PM | Objections made by Mr. Chivvis on behalf of Plaintiff. |
| 02:29 PM | Proffer of exhibits made by Mr. Chivvis on behalf of Plaintiff. |
| 02:30 PM | Objections made by Mr. Ratliff on behalf of Defendant. |
| 02:31 PM | Exhibits admitted by the Court as set forth in the record. |
| 02:34 PM | Court to recess and directed the parties to meet and confer re: exhibit disputes. |
| 02:34 PM | Recess. |
| 03:00 PM | Court reconvened. |
| 03:00 PM | Counsel updated Court re: meet and confer efforts re: disputed exhibits. |
| 03:00 PM | Agreement of the parties read into the record re: disputed exhibits. |
| 03:03 PM | Mr. Ratliff presented argument re: deposition transcripts. |
| 03:04 PM | Mr. Chivvis provided response. |
| 03:07 PM | Court to consider deposition transcripts as part of the evidence. |
| 03:08 PM | Court instructed the parties to confer with the courtroom deputy re: submission and filing of exhibit lists for purposes of the bench trial. |
| 03:08 PM | Court took the matter under submission. Court directed that both sides separately submit for the Court's consideration a proposed Findings of Fact and Conclusions of Law within two (2) weeks from today. Submissions should be prepared in Word format and electronically submitted to Court staff. |
| 03:09 PM | Bench trial concluded. |
| 03:11 PM | Court adjourned. |