### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| SEAGEN INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DAIICHI SANKYO CO., LTD., <br><br> *Defendant*, <br><br> ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LTD, <br><br><br> *Intervenor-Defendants.* | Civil Action No.  2:20-CV-00337-JRG |

### PLAINTIFF SEAGEN'S NOTICE REGARDING PATENT TRIAL AND APPEAL BOARD'S DENIAL OF INSTITUTION OF POST-GRANT REVIEW

Pursuant to the Court's Standing Order Regarding Notice of Relevant Determinations from Related Proceedings, Seagen hereby notifies the Court that on July 15, 2022, the Patent Trial and Appeal Board (PTAB) granted Seagen's Request for Rehearing of the Board's April 7, 2022 institution of post-grant review of U.S. Patent No. 10,808,039 and once again denied Defendants' petition for post-grant review.[1]  Defendants previously referred to the pendency of the post-grant review during trial (Dkt. 378, Trial Tr. Vol. V at 49:22–50:11) and in their April 25, 2022 Motion to Stay Pending Post-Grant Review (Dkt. 392).  A copy of the PTAB's decision is attached hereto as Exhibit A.

---

[1] The PTAB originally denied institution of post-grant review on June 24, 2021.  Defendants subsequently filed a request for rehearing, which resulted in the Board's reconsideration and granting of institution on April 7, 2022. Seagen then filed a request for rehearing on the Board's institution decision on April 21, 2022.

SF-4880611

Dated: July 15, 2022              By:  */s/ Michael A. Jacobs*

Michael A. Jacobs
MJacobs@mofo.com
Matthew A. Chivvis
MChivvis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile:  415.268.7522

Bryan Wilson
BWilson@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.079

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  903.934.8450
Facsimile:   903.934.9257

*Of Counsel:*

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
Charles Everingham IV
Texas State Bar No. 00787447
ce@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone:  903.757.6400
Facsimile:   903.757.2323

*Attorneys for Plaintiff Seagen Inc.*

SF-4880611

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that counsel of record who are deemed to have

consented to electronic services are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on July 15, 2022.


*/s/ Melissa R. Smith*

SF-4880611