IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SEAGEN INC., § | | |
| § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | CASE NO. 2:20-cv-00337-JRG | |
| § | | |
| DAIICHI SANKYO CO., LTD. § | | |
| § | | |
| *Defendant* § | | |
| § | | |
| ASTRAZENECA PHARMACEUTICALS § | | |
| LP, and ASTRAZENECA UK LTD. § | | |
| § | | |
| *Intervenor* § | | |

## REPORT OF MEDIATION

The above-captioned case was mediated in person by David Folsom on Monday, February 13, 2023, between Plaintiff Seagen Inc., Defendant Daiichi Sankyo Co., Ltd., and Intervenor, Astrazeneca Pharmaceuticals LP, and Astrazeneca UK Ltd.  The mediation ended at an impasse.

Signed this 26th day of February 2023.

> */s/  David Folsom*
> David Folsom
> TXBN: 07210800
> FOLSOM ADR PLLC
> 6002-B Summerfield Drive
> Texarkana, Texas  75503
> Telephone: (903) 277-7303
> E-mail:  david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 26th day of February 2023.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/  David Folsom*
David Folsom