IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEAGEN INC., § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00337-JRG |
| § | |
| DAIICHI SANKYO CO., LTD., § | |
| § | |
| *Defendant,* § | |
| § | |
| ASTRAZENECA PHARMACEUTICALS § | |
| LP, and ASTRAZENECA UK LTD § | |
| § | |
| *Intervenor-Defendants.* § | |

## ORDER

Before the Court is Defendants Daiichi Sankyo Company, Limited, AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Ltd. (collectively, "Defendants") Unopposed Motion for Oral Argument (the "Motion"). (Dkt. No. 484). In the Motion, Seagen requests an oral hearing related to various post-trial motions. The Court has previously ruled on the post-trial motions. Accordingly, Defendants' Motion is **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 21st day of August, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE